UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MOHAMED SALEH, on behalf of himself and all others similarly situated,<br><br>                          Plaintiff,<br><br>          -against-<br><br>SPOTIFY USA INC.,<br><br>                          Defendant. | Civil Action No. 2:23-cv-00147<br><br>Hon. Kevin McNulty<br><br>**NOTICE OF DEFENDANT'S MOTION TO COMPEL ARBITRATION ON AN INDIVIDUAL BASIS**<br><br>**Oral Argument Requested** |

**PLEASE TAKE NOTICE** that on May 1, 2023 at 9:00 a.m., or at such other date and time as may be set by the Court, Defendant Spotify USA Inc., by and through its attorneys, Friedman Kaplan Seiler Adelman & Robbins LLP, will move before the Honorable Kevin McNulty, United States District Judge, United States District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, 07101 for an Order compelling the arbitration of Plaintiff Mohamed Saleh's claims on an individual basis pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendant will rely upon the accompanying Memorandum of Law; the Declarations of John Ohle and Sofia Syed, respectively; and the exhibits attached thereto. A proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendant hereby requests oral argument if Plaintiff opposes this motion.

Dated:   Newark, New Jersey
         March 23, 2023

                                          Respectfully submitted,

                                          FRIEDMAN KAPLAN SEILER
                                            ADELMAN & ROBBINS LLP

                                          *s/ Timothy M. Haggerty*
                                          Timothy M. Haggerty (N.J. Bar # 030462005)
                                          Jason C. Rubinstein*
                                          Mala Ahuja Harker*
                                          Sofia G. Syed*
                                          One Gateway Center, 25th Floor
                                          Newark, NJ 07102-5311
                                          (973) 877-6400
                                          *Admitted pro hac vice*

                                          *Attorneys for Defendant*
                                          *Spotify USA Inc.*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on March 23, 2023, Defendant Spotify USA Inc.'s Notice of Motion to Compel Arbitration on an Individual Basis, Memorandum of Law, Declaration of John Ohle and exhibits thereto, Declaration of Sofia Syed and exhibits thereto, and proposed form of Order were electronically filed with the Court and served on the following counsel of record by using the CM/ECF:

Daniel Zemel, Esq.
Zemel Law, LLC
660 Broadway
Paterson, New Jersey 07514
*Attorneys for Plaintiff*

*s/ Timothy M. Haggerty*
Timothy M. Haggerty