UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MOHAMED SALEH, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　-against-<br><br>SPOTIFY USA INC.,<br><br>　　　　　　　　Defendant. | Civil Action No. 2:23-cv-00147<br><br>Hon. Kevin McNulty<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION ON AN INDIVIDUAL BASIS** |

　　　　This matter having been opened to the Court by Friedman Kaplan Seiler Adelman & Robbins LLP, attorneys for Defendant Spotify USA, Inc. ("Defendant"), for an order to compel arbitration on an individual basis of the claims asserted in the Civil Complaint ("Complaint") of Plaintiff Mohamed Saleh ("Plaintiff"), and the Court having reviewed the moving papers (DE 19), and Plaintiff's response thereto (DE 23), which indicated that "Plaintiff agrees to submit these claims to the appropriate Arbitrator, and to the stay of the case in this forum against [Defendant]."; and for good cause shown;

　　　　**IT IS ON THIS** __20th__ day of __September__, 2023;

　　　　**ORDERED** that Defendant's motion to enforce the parties' agreement to arbitrate Plaintiff's claims on an individual basis is hereby **GRANTED**; and it is further

　　　　**ORDERED** that Plaintiff is directed to proceed to arbitration on an individual (and not class action) basis in accordance with the terms of the parties' agreement to arbitrate; and it is further

　　　　**ORDERED** that this action shall be **STAYED** pending the outcome of such arbitration.

/s/ Kevin McNulty
**HONORABLE KEVIN MCNULTY**
**UNITED STATES DISTRICT JUDGE**